**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO.  3:24-CV-031-RJC-DCK**

| | | |
|---|---|---|
| **ANTHONY SCOTT GLENN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **ORDER** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **VELOCITI, INC.  and  DERYK L. POWELL,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendants' Unopposed Motion To Deem Response To Plaintiff's Motion For Partial Summary Judgment Timely Filed" (Document No. 16) filed October 28, 2024.  This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.  Having carefully considered the motion and the record, and noting that the motion is unopposed, the undersigned will grant the motion.

By the instant motion, Defendants Velociti, Inc. and Deryk L. Powell request that their "…Response In Opposition To Plaintiff's Motion For Partial Summary Judgment" (Document No. 18) be deemed as timely filed "due to a technical failure of the CM/ECF website on Friday, October 25, 2024."  (Document No. 16).

**IT IS, THEREFORE, ORDERED** that "Defendants' Unopposed Motion To Deem Response To Plaintiff's Motion For Partial Summary Judgment Timely Filed" (Document No. 16) is **GRANTED**.  "Defendants' Response…" (Document No. 18) is accepted as timely filed.

**SO ORDERED**.

Signed: October 28, 2024

David C. Keesler
United States Magistrate Judge